UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED   JUN 0 3 2005
LORETTA G. WHYTE
Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br><br>Versus<br><br>FATHE MOHAMMED KHATBI,<br>Claimant. | CRIMINAL NO.: 00-225<br>SECTION "L" |

### MOTION FOR RETURN OF SEIZED PASSPORT

Comes now the claimant, Fathe Mohammed Khatbi ("Claimant"), through pro-se representation to respectfully move this Court to order the return of the Claimant's passport, which was seized by the U.S. Government, but was not forfeited by the order of this or any other Court. The Claimant will respectfully show this Court the following:

   a. That Claimant's property was seized in the above-captioned case, which was represented by Assistant U.S. Attorney John R. Morello and now represented by Assistant U.S. Attorney Maurice E. Landrieu, Jr.

   b. That this Court maintains jurisdiction over this matter as the original Court in the above-captioned case.

   c. That Claimant's passport (Passport No. CG565478, Issue Date 06/20/1995, Issuing Country Brazil) was turned into possession of Brent Torres ("Mr. Torres"), Pretrial Services, U.S. Probation, Eastern District of Louisiana when Claimant was released on bond (see Exhibit A), and that Claimant's passport is still in the possession of Mr. Torres.

1

___Fee_____
___Process_____
X  Dktd_____
X  CtRmDep_____
   Doc.No._____

  **d.** That Claimant's case manager at the Big Spring Correctional Center, Ms. Olga Fierro, called Mr. Torres to request release of the Claimant's passport as Claimant needs it to help the Department of Homeland Security to facilitate Claimant's removal from the U.S. upon completion of his sentence, which is on October 26, 2005.

  **e.** That Mr. Torres told to Ms. Olga Fierro that in order for him to release Claimant's passport he needs this Court's order directing the U.S. Government to release this passport to Claimant.

  **f.** That the Claimant passport was neither used as evidence at any proceeding against Claimant, nor presented in any other way as evidence.

  **g.** That Claimant's passport is not subject to forfeiture as it was not used in any criminal activity and was not the gains of such, thus this passport will not be used as evidence in any future, if any, proceeding against Claimant.

  **h.** That no entry of judgment for the Government was entered against Claimant to condemn, destroy, or forfeit the Claimant's passport and that there was no reasonable cause for seizure by the Governmnet of Claimant's passport, and that under 28 U.S.C. § 2465 Claimant is entitled to the return of his passport.

  Wherefore, for the reasons stated above Claimant prays this Court to order the U.S. Government to return forthwith to Claimant's family his passport at address: Jamal Mohammed, 2252 Brighton Place, Harvey, LA 70058, phone 504-263-5500.

  I declare under penalty of perjury that the foregoing is true and correct.

  Respectfully submitted and **SIGNED** on this the ___30___

day of ___May___, 2005.

                                                             _____
                                                             Fathe Mohammed Khatbi
                                                             Reg. No.: 27164-034
                                                             BSCC, Airpark Unit
                                                             3700 Wright Avenue
                                                             Big Spring, TX 79720


                                 **CERTIFICATE OF SERVICE**

     I, Fathe Mohammed Khatbi, hereby certify that a true and correct copy of the foregoing **Motion for Return of Seized Passport** was mailed to:

Maurice E. Landrieu, Jr.
Assistant U.S. Attorney
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Oeleans, Louisiana 70130

on this the ___30___ day of ___May___, 2005.

                                                             _____
                                                             Fathe Mohammed Khatbi
                                                             Reg. No.: 27164-034
                                                             BSCC, Airpark Unit
                                                             3700 Wright Avenue
                                                             Big Spring, TX 79720

DeAgano

"EXHIBIT A"

```
                                              U.S. DISTRICT COURT
                                          Eastern District of Louisiana

                                          FILED   JUL 7 - 2000

                                              LORETTA G. WHYTE
                                                    Clerk
```

MINUTE ENTRY
MOORE, M.J.
JULY 7, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-153 |
| FATHE MOHAMMAD KHATBI | SECTION: MAG |

A hearing to perfect bond was held this date before Magistrate Judge Louis Moore, Jr.

PRESENT:   Warren DeAgano, Counsel for the defendant
           Fathe Mohammad Khatbi, Defendant
           Brent Torres, Pretrial Services

Bond was previously set in the amount of $50,000.00 cash/property. Hamdy Husein deposited $50,000.00 into the Registry of the Court (receipt attached.) The special conditions of bond are: 1) travel restricted to the Eastern District of Louisiana; 2) Pretrial supervision with drug testing and treatment as deemed necessary; 3) no contact with witnesses; 4) possess no firearms or dangerous weapons; 5) surrender passport to Pretrial Services; 6) obtain no passport.

The bond papers were executed and the defendant was released on bond.

_____
LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. PROBATION, U.S. MARSHAL,
ATTORNEY FOR DEFENDANT, DEFENDANT

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc.No. _____