FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L...

2005 JUN 14 A 10: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-225 |
| FATHE MOHAMMED KHATBI | SECTION: "L"(6)\ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

**BEFORE THE COURT** is FATHE MAHAMMED KHATBI'S "Motion for Return of Seized Passport." Khatbi attached a Minute Entry dated July 7, 2000, wherein it was mentioned that the passport was to be surrendered to Pretrial Services as one of the bond conditions. Pretrial Services Officer, Brent Torres, was contacted and advised the Court that the passport was never surrendered to Pretrial Services and that the arresting agency maintained possession of the passport.

**IT IS ORDERED** that Attorney Maurice Landrieu, Assistant United States Attorney, filed a response to the attached within ten (10) days of receipt of this Order.

New Orleans, Louisiana, this 13th day of June, 2005.

_____
LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____