FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 15 AM 10: 25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO.   00-225 |
| v. | * | SECTION:   "L" |
| **FATHE MOHAMMAD KHATBI** | * | |

\*     \*     \*

### MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Maurice Landrieu be substituted for John Morello, who is no longer an Assistant United States Attorney, as counsel of record for the United States.

**WHEREFORE** undersigned counsel respectfully requests that he be substituted for John Morello as counsel of record for the United States of America.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
MAURICE LANDRIEU, (#22104)
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana 70130
Telephone: (504) 680-3015

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by hand delivery or by mailing same to each, properly addressed and postage prepaid this __15__ day of July, 2005.

*[signature]*
MAURICE LANDRIEU
Assistant United States Attorney