U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2005 JUL 19 PM 12:56
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** | **00-225** |
| **v.** | * | **SECTION:** | **"L"** |
| **FATHE MOHAMMAD KHATBI** | * | | |

* * *

**ORDER**

Considering the foregoing,

**IT IS HEREBY ORDERED** that Maurice Landrieu be substituted for John Morello as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this 19 day of July, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No. ___