U.S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 1 0 2005

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent, | § § § § | |
| Versus | § § | CRIMINAL DOCKET<br>NO.: 00-225 2<br>SECTION: "L" (6) |
| FATHE MOHAMMED KHATBI,<br>Claimant. | § § § | |

## MOTION TO ENTER THE ORDER

Comes now the claimant, Fathe Mohammed Khatbi ("Claimant"), through pro-se representation to respectfully move this Court to enter the order on the Claimant's previously submitted "Motion For Return of Seized Passport." Claimant for cause would respectfully show the Court the following:

1. On May 30, 2005, Claimant filed with the Court his "Motion For Return of Seized Passport" pursuant to Title 28 U.S.C. § 2465 requesting the Court to direct the Government to release Claimant's passport, which was seized in the above-captioned case and for which there was no entry of judgment for the Government entered to condemn, destroy, or forfeit the Claimant's passport.

2. On June 13, 2005, the Court ordered Assistant United States Attorney, Maurice Landrieu, to file a response within 10 days to Claimant's "Motion For Return of Seized Passport." The Government filed timely response in which it claimed that the Claimant's motion should be barred by the doctrine of laches. On July 6, 2005, Claimant filed his Reply to the Government's Response to the Motion for Return of Seized Property, in which Claimant showed that the Government failed to establish the three prongs of the doctrine of laches

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

in this case, thus the Claimant's cause is not barred by laches.

3. On August 02, 2005, Claimant appeared via means of video conference before the Immigration Judge Rogers, and Claimant has been ordered to be deported to Brasil by the Judge's order. The Judge also ordered Department of Homeland Security (DHS) to process speedily Claimant's deportation papers and have them ready by the Claimant's release date, which is on October 26, 2005.

4. The DHS will have difficulty in processing the Claimant's deportation papers without the Claimant's Brasilian passport and there might be a considerable delay with deporting Claimant to Brasil after Claimant's release date. Claimant therefore respectfully requests the Court to enter the order on the Claimant's "Motion For Return of Seized Passport."

Wherefore, for the reasons stated above Claimant prays that the Court will order the Government to return forthwith to Claimant his Brasilian passport.

Claimant declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted and SIGNED on this _08_ day of August, 2005.

Fathe Mohammed Khatbi, BOP# 27164-034
3700 Wright Avenue
Big Spring, TX 79720

CERTIFICATE OF SERVICE

I, Fathe Mohammed Khatbi, hereby certify that a true and correct copy of the foregoing was mailed to Maurice E. Landrieu, Assistant United States Attorney, Hale Boggs Federal Building, 500 Poydras Street, Second Floor, New Orleans, LA 70130 on this _08_ day of August, 2005.

Fathe Mohammed Khatbi, BOP# 27164-034

2

FATHE MOHAMMED KHATBI.
Reg. NO: 27164-034
BSCC Airpark Unit.
3700 Wrights Avenue.
Big Spring TX: 79720.

To: Ms: LORETTA, WHYTE. CLERK.
EASTERN DISTRICT OF LOUISIANA,
U.S. DISTRICT COURT.
Room C-151
500 POYDRAS STREET.
NEW ORLEANS, LA 70130.

70130-3313

BIG SPRING CORRECTIONAL CENTER AIRPARK UNIT