UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------ X

UNITED STATES OF AMERICA
          Plaintiff,

-against-

FATHE MOHAMMAD KHATBI
          Defendant.
------------------------------------------------ X

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED NOV 9 2005

LORETTA G. WHYTE
Clerk

Case No. 00-225 Section: "L" (2)

Judge: Eldon E. Fallon

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET: FATHE M. KHATBI, c/o Ms. Muiassar Hassan
3802 The Landing Way Dr., # 101

CITY: Tampa          STATE: Florida 33624

ZIP CODE: 33624      TELEPHONE NO: 813-908-9642

IF APPLICABLE:

PRISON: N/A          PRISONER ID# N/A

EFFECTIVE DATE OF CHANGE: October 26, 2005

DATED: October 05, 2005

SIGNATURE

FATHE M. KHATBI, BOP # 27164-034
PRINTED NAME
3700 Wright Avenue
Big Spring, TX 79720
PRESENT ADDRESS

___Fee___
___Process___
_X_Dktd___
_X_CtRmDep___
· Doc. No___

FATHE M. KHATBI
#27164-034.
B.S.C.C (Airpark unit)
3700 wright Ave
Big Spring Tx: 79720

BIG SPRING CORRECTIONAL CENTER AIRPARK UNIT

70130/3333

To:
Clerk Office
U.S. District Court.
Eastern District of Louisiana.
New Orleans, LA 70130